**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN MENDOZA,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. EDCV 26-2508-JLS (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

1) the Petition is GRANTED;

2) Respondents are ORDERED to immediately release Petitioner Martin Mendoza, A#: 095-809-272;

3) Respondents are ORDERED to return Petitioner to the status quo prior to his re-detention;

4) Respondents are ENJOINED from re-detaining Petitioner until his pending asylum case is concluded or without first following all procedures set forth in 8 C.F.R. § 241.13(i) and any other applicable statutory and regulatory procedures; and

5) Respondents are ORDERED within **seven days** to file a notice of compliance advising how they complied with this Order.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 17, 2026

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE