JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN MENDOZA,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. EDCV 26-2508-JLS (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Petitioner.

DATED: July 17, 2026

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE